```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO
```

| | | |
|---|---|---|
| WILLIS F. WILLIAMS, | ) | CASE NO. 1:06 CV 2205 |
| Petitioner, | ) | JUDGE PATRICIA A. GAUGHAN |
| v. | ) | |
| | ) | <u>ORDER OF TRANSFER</u> |
| JULIUS WILSON, | ) | |
| Respondent. | ) | |

On September 13, 2006, petitioner Willis F. Williams filed this action for habeas corpus under 28 U.S.C. § 2254. For the reasons stated below, this action must be transferred to the United States Court of Appeals for the Sixth Circuit.

A second or successive motion under section 2254 may not be filed without leave from the appropriate court of appeals. 28 U.S.C. § 2244(b)(3). This is at least the second petition filed by Williams in this court challenging his June 1979 convictions for aggravated murder and aggravated robbery. A previous petition was dismissed on the merits, <u>see</u>, Case No. 1:84 CV 2254, and the dismissal was affirmed on appeal. <u>Williams v. Marshall</u>, No. 87-3122, 1987 WL 38719 (Oct. 16, 1987).

Accordingly, pursuant to <u>In re Sims</u>, 111 F.3d 45 (6th Cir. 1997), this action is hereby transferred to the United States

Court of Appeals for the Sixth Circuit.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE

Dated: 11/6/06